UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

THOMAS MACLEOD,

    Plaintiff,                      C.A. No.  03-11483-PBS

    v.

DONALD KERN, et al.,

    Defendants.

## MOTION OF DEFENDANTS HALL, MITCHELL, AND BRADY TO STAY DISCOVERY

    Department of Correction defendants Hall, Mitchell, and Brady (defendants)[1] respectfully move this Court to stay all discovery as to them pending a decision on their Motion For Summary Judgment, previously filed. As reason therefor, defendants state that plaintiff's claims as to them are not only meritless but frivolous, as their Motion For Summary Judgment reveals. All the information needed to decide this case is provided in defendants' papers, and plaintiff can identify no discovery which would allow his claims against defendants to survive.

---

[1] There are ten additional defendants in the case who are not represented by undersigned counsel.

2

        Respectfully submitted,

        NANCY ANKERS WHITE
        Special Assistant Attorney General


Dated: November 22, 2004 /s/Stephen G. Dietrick_____
        Stephen G. Dietrick
        Deputy General Counsel
        Legal Division
        Department of Correction
        70 Franklin Street, Suite 600
        Boston, MA  02110-1300
        Tel. (617) 727-3300 Ext. 116
        B.B.O. #123980

**CERTIFICATE OF SERVICE**

  I, Stephen G. Dietrick, Deputy General Counsel for the Department of Correction, hereby certify that on this 22nd day of November, 2004, I served a copy of the foregoing on plaintiff Thomas MacLeod, by first class mail, postage prepaid to him at his address:  P.O. Box 100, South Walpole, MA  02071.


Dated: November 21, 2004   /s/Stephen G. Dietrick\_\_\_\_\_
           Deputy General Counsel